IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT ROBINSON

    Petitioner,

v.                                       CASE NO. 4:12-cv-59-WS-GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 23, Petitioner's notice of voluntary dismissal. Petitioner's Amended Petition (Doc. 8) was served on Respondent, who filed a response (Doc. 15), and Petitioner has filed a reply (Doc. 20). The instant filing contains the case caption and the words "Voluntary Dismisser." (Doc. 23.) In response, the Court issued an Order notifying Petitioner of the consequences of dismissal and directed Petitioner to notify the Court on or before January 17, 2014, if he wished to retract his notice of voluntary dismissal. (Doc. 24.) Petitioner was advised that if he wished to proceed with dismissing his case, he need take no further action. To date, Petitioner has submitted no filing with the Court to indicate that he wishes to withdraw the notice of voluntary dismissal. The Court is assured that Petitioner is aware of the consequences of withdrawing his petition. Because Petitioner seeks to voluntarily dismiss his habeas petition and has been advised of the consequences of withdrawing the petition, it is respectfully **RECOMMENDED** that

the Amended Petition for Writ of Habeas Corpus, Doc. 8, be **DISMISSED**.

    **IN CHAMBERS** this 22nd day of January 2014.

                          *s/ Gary R. Jones*
                          GARY R. JONES
                          United States Magistrate Judge

### NOTICE TO THE PARTIES

    **Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**