IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT ROBINSON,

    Petitioner,

v.                                                                                      4:12cv59-WS

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed January 22, 2014. The magistrate judge recommends that the plaintiff's case be dismissed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 25) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's petition for writ of habeas corpus, and this action, are hereby DISMISSED WITHOUT PREJUDICE pursuant to the plaintiff's notice (doc. 23) of voluntary dismissal.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   25th   day of    February   , 2014.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE